## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| MATTHEW ONYSHKO and JESSICA | : | |
| ONYSHKO | : | |
| h/w | : | |
| Plaintiffs, | : | |
| vs. | : | |
| | : | NO. 2:13-CV-01791 |
| NATIONAL COLLEGIATE ATHLETIC | : | |
| ASSOCIATION | : | |
| | : | |
| Defendant. | : | |

### PROPOSED ORDER

AND NOW, this ___ day of _____ 2014, upon consideration of Defendant

NCAA's Motion to Dismiss Plaintiffs' Complaint for Lack of Subject Matter Jurisdiction, the

accompanying memorandum of law, and any opposition thereto, it is hereby ORDERED and

DECREED that:

1.      Defendant's motion is GRANTED; and,

2.      Plaintiffs' Complaint is dismissed with prejudice.

IT IS SO ORDERED.


_____
The Honorable Cathy Bissoon
United States District Judge