IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW ONYSHKO AND JESSICA, ONYSHKO, his wife, | ) ) ) ) No. 2:13-cv-01791 |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) |
| Defendants. | ) |

_____

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs, through their undersigned counsel, voluntarily dismiss the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1), and aver as follows:

1. Plaintiffs have not been served with an answer or a motion for summary judgment by any adverse party to this action.

WHEREFORE, Plaintiffs voluntarily dismiss this action.

Dated: June 27, 2014

Respectfully submitted,

GOLDBERG, PERSKY & WHITE, P.C.

By: */s/ Jason E. Luckasevic*
Jason E. Luckasevic, Esquire
PA I.D. No. 85557
jluckasevic@gpwlaw.com
Diana Nickerson Jacobs, Esquire
PA ID No. 73733
djacobs@gpwlaw.com

1030 Fifth Avenue
Pittsburgh, PA 15201
(412) 471-3980

Counsel for Plaintiffs